IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TCS John Huxley America, Inc., a Nevada corporation; <br><br> TCS John Huxley Europe Limited, a United Kingdom corporation; <br><br> TCS John Huxley Asia Limited, a Macau corporation; <br><br> and <br><br> Taiwan Fulgent Enterprise Co., Ltd., a Taiwan corporation, <br><br> Plaintiffs <br><br> v. <br><br> Scientific Games Corporation, a Delaware corporation; <br><br> Bally Technologies, Inc., d/b/a SHFL Entertainment or Shuffle Master, a Nevada corporation; <br><br> and <br><br> Bally Gaming, Inc., d/b/a Bally Gaming and Systems, f/k/a SHFL Entertainment, Inc., f/k/a Shuffle Master, Inc., a Nevada corporation, <br><br> Defendants | Civil Action No. 1:19-cv-01846 <br><br><br><br><br><br> JURY TRIAL DEMANDED |

**CORPORATE DISCLOSURE STATEMENT**

Plaintiffs TCS John Huxley America, Inc.; TCS John Huxley Europe Limited; TCS John Huxley Asia Limited; and Taiwan Fulgent Enterprise Co., Ltd. ("Plaintiffs"), by and through undersigned counsel, submit this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.2 of the Local Rules:

1. Plaintiff TCS John Huxley America, Inc. is wholly owned by Victoria Holdings Limited, a United Kingdom corporation whose parent company is Pata-Pata, AB, a company

1

registered in Sweden.

      2.      Plaintiff TCS John Huxley Europe Limited is wholly owned by Victoria Holdings Limited, a United Kingdom corporation whose parent company is Pata-Pata, AB, a company registered in Sweden.

      3.      Plaintiff TCS John Huxley Asia Limited is wholly owned by Victoria Holdings Limited, a United Kingdom corporation whose parent company is Pata-Pata, AB, a company registered in Sweden.

      4.      Plaintiff Taiwan Fulgent Enterprise Co., Ltd. has no parent corporation or publicly held corporation owning 10% or more of its stock.

March 15, 2019                                                  Respectfully submitted,

                                                                   /s/ *Jeffery M. Cross*
Jeffery M. Cross (IBN 547980)
jcross@freeborn.com
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Phone: 312-360-6430
Fax:    312-360-6520

Robert A. Rowan *(Pro Hac Vice)*
rar@nixonvan.com
Joseph S. Presta *(Pro Hac Vice)*
jsp@nixonvan.com
Nixon & Vanderhye P.C.
901 North Glebe Rd.
Arlington, Virginia 22203
Phone: 703-816-4000
Fax:    703-816-4100

*Attorneys for Plaintiffs*

**Certificate of Service**

  I certify that on March 15, 2019 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a Notification of Electronic Filing (NEF) to all counsel of record.

         /s/ *Jeffery M. Cross*
         Jeffery M. Cross
         jcross@freeborn.com
         FREEBORN & PETERS LLP