IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TCS John Huxley America, Inc., <br> TCS John Huxley Europe Limited, <br> TCS John Huxley Asia Limited, and <br> Taiwan Fulgent Enterprise Co., Ltd., <br><br> Plaintiffs, <br><br> vs. <br><br> Scientific Games Corporation, <br> Bally Technologies, Inc., and <br> Bally Gaming, Inc., <br><br> Defendants. | Civil Action No. 1:19-CV-01846 <br><br> The Honorable John R. Blakey |

## **CORPORATE DISCLOSURE STATEMENT**

Defendant Scientific Games Corporation ("Scientific Games"), by and through undersigned counsel, submits this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.2 of the Local Rules:

1. Scientific Games is a publicly traded corporation organized and existing under the laws of the state of Nevada (NASDAQ, SGMS).

2. Scientific Games has no publicly held affiliates.

Dated: April 10, 2019

Respectfully submitted,

By: /s/ Craig C. Martin
One of the Attorneys for Defendants

Craig C. Martin
David Jimenez-Ekman
Timothy J. Barron
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: 312.222.9350
cmartin@jenner.com
djimenez-ekman@jenner.com
tbarron@jenner.com

Ian H. Gershengorn (pro hac vice to be filed)
Ishan K. Bhabha (pro hac vice to be filed)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
Tel: 202.639.6000
igershengorn@jenner.com
ibhabha@jenner.com

*Attorneys for Defendants Scientific Games Corporation, Bally Technologies, Inc., and Bally Gaming, Inc.*

2

**CERTIFICATE OF SERVICE**

  I certify that on April 10, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

  */s/ Craig C. Martin*