# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TCS JOHN HUXLEY AMERICA, INC., et al., <br><br> Plaintiffs, <br> v. <br><br> SCIENTIFIC GAMES CORPORATION, et al., <br><br> Defendants. | Civil Action No. 1:19-cv-01846 <br><br> Hon. John Robert Blakey <br> Magistrate Judge Maria Valdez |

### DEFENDANTS' UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Defendants, Scientific Games Corporation, Bally Gaming and Systems, Inc., and Bally Technologies, Inc., by and through their undersigned counsel, respectfully move this Court for leave to withdraw the appearances of David Eric Jimenez-Ekman, Ian Heath Gershengorn, Ishan K. Bhabha, and Timothy Joseph Barron pursuant to Local Rule 83.17. In support of this motion, Defendants state as follows:

1. David Eric Jimenez-Ekman and Timothy Joseph Barron of Jenner & Block LLP, 353 N. Clark Street, Chicago, Illinois, 60654, and Ian Heath Gershengorn and Ishan K. Bhabha, of Jenner & Block LLP, 1099 New York Ave., NW, Ste. 900, Washington, DC 20001-4412, have appeared on behalf of Defendants. (ECF Nos. 16, 17, 24, and 25.)

2. Craig C. Martin, formerly a partner with Jenner & Block LLP, and now a partner with Willkie Farr & Gallagher LLP, has appeared on behalf of Defendants, (ECF No. 15) and has filed a Notice of Change of Address. (ECF No. 46.) Additionally, Matt D. Basil, Sara Tonnies Horton, and Aaron J. Hersh, each of whom are attorneys with Willkie Farr & Gallagher LLP, have appeared on behalf of Defendants. (ECF Nos. 47, 48, and 49.)

- 2 -

3. Defendants request leave of Court to withdraw the appearances of Mr. Jimenez-Ekman, Mr. Gershengorn, Mr. Bhabha, and Mr. Barron. Defendants will continue to be represented by Mr. Martin, Mr. Basil, Ms. Horton, and Mr. Hersh.

4. No trial date has been set for this matter. Therefore, granting this motion will not prejudice any party or cause any undue delay.

5. Counsel for Defendants have conferred with counsel for Plaintiff, and Plaintiffs' counsel have indicated that Plaintiffs do not oppose this motion.

WHEREFORE, Defendants respectfully request that this Court grant the foregoing motion for withdrawal.

Dated: April 16, 2020                                    Respectfully submitted,

By: */s/ Craig C. Martin*
One of the Attorneys for Defendants

| | |
|---|---|
| Craig C. Martin | David Jimenez-Ekman |
| Matt D. Basil | Timothy J. Barron |
| Sara Tonnies Horton | JENNER & BLOCK LLP |
| Aaron J. Hersh | 353 N. Clark St. |
| WILLKIE FARR & GALLAGHER LLP | Chicago, IL 60654-3456 |
| 300 N. LaSalle | Tel. 312-222-9350 |
| Chicago, IL 60654 | djimenez-ekman@jenner.com |
| Tel: 312-728-9000 | tbarron@jenner.com |
| cmartin@willkie.com | |
| mbasil@willkie.com | Ian H. Gershengorn (*pro hac vice*) |
| shorton@willkie.com | Ishan K. Bhabha (*pro hac vice*) |
| ahersh@willkie.com | JENNER & BLOCK LLP |
| | 1099 New York Ave., NW, Ste. 900 |
| | Washington, DC 20001-4412 |
| | Tel. 206-639-6000 |
| | igershengorn@jenner.com |
| | ibhabha@jenner.com |