# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

TCS John Huxley America, Inc., et al.

                        Plaintiff,

v.                                               Case No.: 1:19−cv−01846

                                                             Honorable John Robert Blakey

Scientific Games Corporation, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 20, 2022:

        MINUTE entry before the Honorable John Robert Blakey: Based upon the parties' stipulation [185], Defendants' motion to compel [179] and the related motion to seal [182] are withdrawn and terminated as pending motions. The 12/29/22 Notice of Motion date is stricken. The 1/6/23 status report deadline stands, see [178]. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.