UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TCS John Huxley America, Inc., <br> TCS John Huxley Europe Limited, <br> TCS John Huxley America Limited, and <br> Taiwan Fulgent Enterprise Co., Ltd., <br><br>        Plaintiff, <br><br> vs. <br><br> Scientific Games Corporation, <br> Bally Technologies, Inc., and <br> Bally Gaming, Inc., <br><br>        Defendants. | Civil Action No. 1:19-CV-01846 <br><br> The Honorable John R. Blakey |

**DECLARATION OF BRITTANY L. SUKIENNIK IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' RULE 56.1 STATEMENT OF ADDITIONAL MATERIAL FACTS**

Pursuant to 28 U.S.C. § 1746, I, Brittany L. Sukiennik, declare as follows:

1. I am a member of the law firm Cravath, Swaine & Moore LLP. I have been admitted to appear *pro hac vice* before this Court on behalf of Defendants Light & Wonder, Inc. (f/k/a Scientific Games Corp.) and LNW Gaming, Inc. (f/k/a SG Gaming, Inc. f/k/a Bally Gaming, Inc., d/b/a Bally Technologies, Inc.[1]) (collectively, "Defendants") in the above-titled action. I am a member of good standing of the bar of the State of New York.

2. I submit this declaration in support of Defendants' Response to Plaintiffs' Rule 56.1 Statement of Undisputed Material Facts.

3. For ease of access, the exhibits attached below have been categorized into subsections: (A) Deposition Transcripts: ¶¶ 4-6; (B) Expert Reports: ¶¶ 7-9; (C) Documents

---

[1] Defendant Bally Technologies, Inc. merged into SG Gaming, Inc. in March 2020.

Produced in This Litigation: ¶¶ 10-13; (D) Documents from Other Litigations: ¶¶ 14-17 and (E) Patents: ¶¶ 18-19.

### A. Deposition Transcripts

4. Attached hereto as Exhibit 52 is a true and correct copy of the deposition transcript of Haj Sira, dated December 7, 2022.

5. Attached hereto as Exhibit 53 is a true and correct copy of the deposition transcript of Rebecca Kingswell, dated December 22, 2022.

6. Attached hereto as Exhibit 54 is a true and correct copy of the deposition transcript of Ray Wong, dated December 30, 2022.

### B. Expert Reports

7. Attached hereto as Exhibit 55 is a true and correct copy of the Expert Report of Charles M. Curley, dated April 17, 2017, bearing Bates number ST_LIT0151462.

8. Attached hereto as Exhibit 56 is a true and correct copy of the Expert Report of Charles Reinholtz, dated April 14, 2023.

9. Attached hereto as Exhibit 57 is a true and correct copy of the Expert Report of Robert L. Stoll, dated April 14, 2023.

### C. Documents Produced in this Litigation

10. Attached hereto as Exhibit 58 is a true and correct copy of Exhibit 267 to Dec. 2, 2022 Colin Helsen Deposition, dated December 2, 2022.

11. Attached hereto as Exhibit 59 is a true and correct copy of Scientific Games Letter to Customers, dated November 14, 2006, bearing Bates number SGC_TCS 0000934411.

12. Attached hereto as Exhibit 60 is a true and correct copy of an email from T. West to D. Heap, dated March 29, 2010, bearing Bates number TCSJH0000176.

13. Attached hereto as Exhibit 61 is a true and correct copy of an email from B. Sun to A. McGregor, dated February 17, 2011, bearing Bates number TF0051845.

**D. Documents from Other Litigations**

14. Attached hereto as Exhibit 62 is a true and correct copy of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment filed in *Shuffle Tech International, LLC, v. Scientific Games Corporation,* No. 1:15-cv-03702, dated May 17, 2017.

15. Attached hereto as Exhibit 63 is a true and correct copy of Plaintiffs' Response to Defendants' Rule 56.1 Statement of Undisputed Materials Facts and Plaintiffs' Statement of Additional Materials Facts filed in *Shuffle Tech International, LLC, v. Scientific Games Corporation,* No. 1:15-cv-03702, dated May 17, 2017.

16. Attached hereto as Exhibit 64 is a true and correct copy of the Order on Defendants' Unopposed Motion to Vacate and Dismiss Pursuant to Settlement filed in *Shuffle Tech International, LLC, v. Scientific Games Corporation,* No. 1:15-cv-03702, dated December 24, 2017.

17. Attached hereto as Exhibit 65 is a true and correct copy of CX-1275 an excerpt from the prosecution of U.S. Patent App. No. 16/876,579, from *In the Matter of Certain Fitness Devices, Streaming Components Thereof, and Systems Containing Same*, No. 337-TA-1265, dated in 2022.

**E. Patents**

18. Attached hereto as Exhibit 66 is a true and correct copy of U.S. Patent No. 11,470,138 Overview File History.

19. Attached hereto as Exhibit 67 is a true and correct copy of U.S. Patent No. 6,149,154.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 11, 2023

New York, NY

By: *Brittany L. Sukiennik*
Brittany L. Sukiennik