ILND 450 (Rev. 10/13)  Judgment in a Civil Action

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

TCS John Huxley America, Inc., et al

Plaintiff(s),

v.

Scientific Games Corporation, et al

Defendant(s).

Case No. 19cv1846
Judge John Robert Blakey

**JUDGMENT IN A CIVIL CASE**

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: By stipulation of dismissal [284], this case is dismissed with prejudice under Rule 41(a).

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge John Robert Blakey due to Plaintiffs filing a stipulation of dismissal with prejudice.

Date: 4/10/2025

Thomas G. Bruton, Clerk of Court
Jannette Nunez, Deputy Clerk